UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CANTERBURY SECURITIES, LTD,<br><br>                                              Debtor. | 25 Civ. 2502 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' designation and counter designation of the bankruptcy record on appeal. Dkts. 3, 4. The Court sets the following briefing schedule:

- Appellant's opening brief shall be due **May 9, 2025**.
- Appellee's response brief shall be due **June 6, 2025**.
- Appellant's reply brief, if any, shall be due **June 20, 2025**.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 11, 2025
       New York, New York