UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE CANTERBURY SECURITIES, LTD.,

      Debtor in a Foreign Proceeding.

ERIN WINCZURA,

      Appellant,

-v-

KAREN SCOTT *and* RUSSELL HOMER,
*Foreign Representatives of Canterbury Securities, Ltd.*,

      Appellees.

-----------------------------------------------------------------X

25 **CIVIL** 2502 (PAE)

**JUDGMENT**

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 19, 2025, the Order of the Bankruptcy Court is hereby affirmed; accordingly, the case is closed.

**Dated:** New York, New York
        November 24, 2025

                                            **TAMMI M. HELLWIG**

                                               **Clerk of Court**

                **BY:**

                                             **Deputy Clerk**